UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD C. THIEL,

    Plaintiff,

PAUL GEHL,

    Intervenor-Plaintiff,

  v.                                        Case No. 12-C-530

WILLIAM WRIDE,

    Defendant.

**ORDER DENYING JOINT MOTION FOR
STIPULATED PROTECTIVE ORDER**

The parties have entered into a Stipulation recommending the entry of a Protective Order governning the disclosure of confidential information in the course of discovery. The parties are free to enter into an agreement that governs their own handling of material designated confidential or attorneys' eyes only. However, the proposed Order filed by the parties appears to extend to limit the use of the material in the public record. It also calls for the destruction of material after the case is concluded.

The sealing of confidential information in the public record is governed in this district by General L.R. 79(d). The Court will follow that rule in determining what, if any, documents or papers filed with the Court will be sealed.

Paragraph D(1) of the Agreement states that, upon conclusion of the litigation and either expiration of the time for filing a Notice of Appeal or, if an appeal is filed, the filing of a mandate or final order of the appellate court, all information designated confidential is to be returned to the party that filed it. No authority is cited for this provision. The Court is unaware of any authority for removing filings from the public record. Absent further authority, that provision of the order is denied.

Finally, the order envisions requiring people not subject to the order to leave the courtroom in the event that information designated confidential or attorneys' eyes only is used at a hearing, trial, or appeal. This provision also seems overbroad and unsupported. According, the Court declines to enter the Protective Order as stipulated to by the parties.

**SO ORDERED** this ___19th___ day of June, 2014.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach, Chief Judge
                                                   United States District Court