UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD C. THIEL,

        Plaintiff,

PAUL GEHL,

        Intervenor-Plaintiff,

   v.                                        Case No. 12-C-530

WILLIAM WRIDE,

        Defendant.

## ORDER DENYING RECONSIDERATION

Intervenor-Plaintiff Paul Gehl has filed a motion seeking reconsideration of this court's decision and order granting partial summary judgment to Defendant William Wride. Gehl argues that this court erred when it stated that a company called McKinley Reserve was controlled by Gehl, (ECF No. 124 at 14), and he further argues that the error was material to the outcome of the case. The motion for reconsideration will be denied.

In discussing the release, I noted that Gehl "controlled" McKinley Reserve, but at most that was an aside. (Gehl invested "through" McKinley, but the company itself was apparently owned and managed by Gehl's son-in-law, Todd Thiel.) The point of even mentioning the company was to explain that the release, which contained a signature block for McKinley Reserve, was evidently intended to be broad—to include not just the principals but any other companies that might be involved. It was a small point, but even if it were not, it remains true regardless of who actually owned McKinley Reserve at the time.

The overarching finding in my decision was that Gehl had agreed to a 4 / 4 / 4 split of the money, and that remains true without respect to who owned McKinley Reserve, and without needing to unpack all of the corporate and family relationships that might come into play. Whether or not Gehl had the power to bind McKinley, the point of the holding is that Gehl, who signed the agreement himself, cannot now back away from that agreement in favor of some earlier agreement he now prefers.

The motion for reconsideration is **DENIED**. The clerk will arrange for a telephonic conference to complete scheduling of the action.

**SO ORDERED** this 14th day of September, 2015.

/s William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court