UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TODD THIEL,

    Plaintiff,

v.    Case No. 12-C-530

WILLIAM WRIDE,

    Defendant.

## ORDER

The motion to clarify and bifurcate is **GRANTED**. All of Gehl's claims have been resolved. Wride's remaining counterclaim against Gehl will be resolved in proceedings to be scheduled following the trial.

**SO ORDERED** this 1st day of October, 2015.

    /s William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court